AO 440 (Rev. 6/12) Summons in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SQN CAPITAL MANAGEMENT, LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. 2:19-cv-1268 |
| v. | : | |
| | : | Judge |
| ST HOLDINGS TOPCO, LLC, et al., | : | |
| | : | Magistrate Judge |
| Defendants, | : | |

## SUMMONS IN A CIVIL ACTION

**TO (Defendant's name and address) :**

**SEALE A. MOORER, JR.**
**1755 Riverstone Drive**
**Delaware, Ohio 43015-7085**

**A lawsuit has been filed against you.**

Within <u>twenty-one (21)</u> days after service of this summons upon you, (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. p. 12(a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address is:

> Loriann E. Fuhrer (0068037)
> Kegler, Brown, Hill & Ritter
> 65 E. State Street, Suite 1800
> Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_____  _____
Date                                                                        *Signature of Clerk of Deputy Clerk*

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ P. 4(1))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)*_____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____on *(date)* ; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date:

                                                                                      --------------------------------------------------------------
                                                                                      *Server's signature*

                                                                                      --------------------------------------------------------------
                                                                                      *Printed name and title*

                                                                                      _____
                                                                                      *Server's address*

Additional information regarding attempted service, etc: