# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SQN CAPITAL MANAGEMENT, LLC,

    Plaintiff,

    v.

ST HOLDINGS TOPCO, LLC,
et al.,

    Defendants.

Case No. 2:19-cv-1268
Judge Michael H. Watson
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on Plaintiff's Request for Entry of Judgment Pursuant to Rule 58(d) (Doc. 25). Defendants are **ORDERED** to file any response to the Request on or before October 30, 2019.

IT IS SO ORDERED.

Date: October 17, 2019

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE