FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 NOV 20 PM 1:07

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

19CJ6723

CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02
OHIO REVISED CODE

UNITED STATES OF AMERICA

SS.

SOUTHERN DISTRICT OF OHIO

I, Richard W. Nagel, Clerk of the United States District Court for the Southern District of Ohio, do certify that on 11/06/19 there was entered in the record in this court, Eastern Division at Columbus, Ohio in

Case Number: 2:19-cv-01268

Case Name: SQN Capital Management, LLC v. ST Holdings Topco, LLC et al.

Judgment in favor of: SQN Capital Management, LLC

and against: ST Holdings Topco, LLC and Seale A. Moorer, Jr.

In the amount of: $3,113,750, plus interest at the rate of 14% per annum from September 30, 2019 until paid in full.

2019 NOV 15 AM 11:05
CLERK OF COURTS
DELAWARE COUNTY, OHIO
COMMON PLEAS COURT
FILED

Michelle [signature] Deputy Clerk

Appeal filed/Pending

IN TESTIMONY WHEREOF, I have Hereunto set my hand and affixed the seal of this Court, at Columbus, Ohio this 7th Day of November, A.D. 2019.

RICHARD W. NAGEL, CLERK

BY: [signature]
Donald A. Fitzgerald III, Deputy Clerk

*Revised 7/14/15*

## ATTACHMENT TO CERTIFICATE OF JUDGMENT

**SQN Capital Management, LLC**
100 Wall Street, 28th Floor
New York, NY 10038

        Plaintiff,

  v.

**ST Holdings TOPCO, LLC**
480 Olde Worthington Road
Westerville, Ohio 43082

  and

**Seale A. Moorer, Jr.**
1755 Riverstone Drive
Delaware, Ohio 43015-7085,

        Defendants.