

**NATALIE FRAVEL**

Delaware County Clerk of Courts

*Legal Division*
117 N. Union St., Level 300
P.O. Box 8006
Delaware, Ohio 43015-8006



PRESORTED FIRST CLASS

U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 43015 $ 000.45⁹
02 4W
0000352835 NOV 15 2019

B-01 XX11/18/19CLEVEOH441XX

US DISTRICT COURT
EASTERN DIVISION
85 MARCONI BLVD
COLUMBUS OH 43215

JTG-SMP 43215