UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SQN CAPITAL MANAGEMENT, LLC**
**Plaintiff,**

Case No. 2:19-cv-1268

**v.**

JUDGE WATSON
MAGISTRATE JUDGE JOLSON

**ST HOLDINGS TOPCO, LLC, et. al.**
**Defendants.**

## NOTICE OF APPEAL

Notice is hereby given that the Defendants, ST Holdings TOPCO, LLC and Seale A. Moorer, Jr., appeal to the United States Court of Appeals for the Sixth Circuit from the orders and judgment of the United States District Court for the Southern District of Ohio, Eastern Division. Specifically, Defendants appeal from the following:

1. Opinion and Order granting Plaintiff's Motion for Summary Judgment (Doc. #23)

2. Amended Judgment in a Civil Action (Doc. #28) entered in this action on November 6, 2019.

Respectfully submitted,

**Billings & Associates**

**/s/ Robin L. Morrison**
James R. Billings (0081636)
Robin Morrison (0079489)
P.O. Box 1557
Westerville, Ohio 43086
(614) 668-6739
jamesrbillings@billings-law.com
robinmorrison@billings-law.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served ECF System to the following counsel of record, this 6th day of December, 2019

Loriann E. Fuhrer, Esq.

Kegler Brown Hill + Ritter

65 E. State Street, Suite 1800

Columbus, Ohio 43215

lfuhrer@keglerbrown.com

/s/Robin L. Morrison

Robin L. Morrison (0079489)