<u>CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02</u>
<u>OHIO REVISED CODE</u>

UNITED STATES OF AMERICA

SS.

SOUTHERN DISTRICT OF OHIO

I, Richard W. Nagel, Clerk of the United States District Court for the Southern District of Ohio, do certify that on **11/06/2019** there was entered in the record in this court, **Eastern Division** at **Columbus**, Ohio in

| | |
|---|---|
| Case Number: | 2:19:-cv-01268 |
| Case Name: | SQN Capital Management, LLC v. ST Holdings Topco, LLC, et al. |
| Judgment in favor of: | SQN Capital Management, LLC |
| and against: | ST Holdings Topco and Seale A. Moorer, Jr. |
| In the amount of: | $3,113,750, plus interest at the rate of 14% |

per annum from September 23, 2019 until paid in full

_12/6/19_
Appeal filed/Pending

IN TESTIMONY WHEREOF, I have Hereunto set my hand and affixed the seal of this Court, at **Columbus**, Ohio this _28_ Day of **January**, A.D. **2020**.

RICHARD W. NAGEL, CLERK

BY: _[signature]_

_Edwardo Rivera_, Deputy Clerk

*Revised 7/14/15*